UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>C. FEIFFER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00136-EPG (PC)<br><br>ORDER DISCHARGING ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST<br><br>(ECF NO. 6) |

    Tremaine Oliver ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on January 31, 2019. (ECF No. 1).

    As it appeared from the face of the complaint that Plaintiff did not exhaust his available administrative remedies before filing this action, on February 13, 2019, the Court ordered Plaintiff to show cause why this action should not be dismissed, without prejudice, for failure to exhaust available administrative remedies. (ECF No. 6). On March 18, 2019, Plaintiff filed his response. (ECF Nos. 10 & 11).

    Given Plaintiff's allegations regarding the unavailability of the grievance procedure, the Court will discharge the order to show cause and screen Plaintiff's complaint in due course. This does not preclude Defendant(s) from challenging the issue of exhaustion at a later stage in the case. The Court is not making a determination that Plaintiff exhausted its administrative remedies—only that it will not be screened out on that basis at this time.

Accordingly, IT IS ORDERED that the order to show cause issued on February 13, 2019, is DISCHARGED.

IT IS SO ORDERED.

Dated: **March 20, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE