UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>C. FEIFFER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00136-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND EVIDENCE<br><br>(ECF NO. 14) |

Tremaine Oliver ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on January 31, 2019. (ECF No. 1).

On April 5, 2019, Plaintiff filed a motion to amend evidence. (ECF No. 14). It appears that Plaintiff is attempting to supplement his complaint via this filing. However, this is an inappropriate method of amending a complaint. Under the local rules of this district, "[u]nless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading." Local Rule 220.

Thus, Plaintiff's motion to amend evidence will be denied. If Plaintiff wants to add additional allegations into his complaint, he should file an amended complaint that is complete in itself.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion to amend evidence is DENIED.

IT IS SO ORDERED.

Dated: __**April 9, 2019**__            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE