UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE OLIVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. FEIFFER, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00136-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NOS. 1, 17, & 19)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　Tremaine Oliver ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on January 31, 2019. (ECF No. 1). The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On January 13, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be dismissed, with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order," and that "[t]he Clerk of Court be directed to close this case." (ECF No. 19, p. 3).

　　Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on January 13, 2020, are ADOPTED IN FULL;
2. This action is DISMISSED, with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 20, 2020

SENIOR DISTRICT JUDGE